MAUD E. WEBBER, Appellant, *v.* WILLIAM WEBBER, Respondent.

*Husband and wife — separation — increase in alimony — facts warranting increase not shown — reference to determine defendant's financial ability to pay increased alimony.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office December 4, 1924, denying the plaintiff's motion for an order amending the decree of separation herein by increasing the alimony thereby awarded to plaintiff.

PER CURIAM: We are satisfied upon this record that there are not enough facts shown to warrant an increase of alimony as requested, but such a presentation is made that it should be sent to a referee to determine whether or not the respondent's income has so increased since the entry of the decree as to warrant a further increase in the alimony. The order appealed from should, therefore, be reversed, without costs, and the matter referred to an official referee, to be named in the order, to take evidence and report to the court at Special Term as to the present income of the defendant, and for appropriate action thereon by said court. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ. Order reversed, without costs, and the matter referred to an official referee, to be named in the order, to take evidence and report to the court at Special Term as to the present income of the defendant and for appropriate action thereon by said court. Settle order on notice.

ANTHONY F. BROWN and Another, Appellants, *v.* JOHN N. REYNOLDS and Another, Respondents.

Appeal from a judgment of the Supreme Court in favor of the defendants, entered in the Bronx county clerk's office November 21, 1923, upon the verdict of a jury after a trial at Trial Term.

PER CURIAM: In view of the fact that the record is absolutely devoid of any proof of actual damage sustained by the defendants by reason of plaintiffs' breach of the agreement, the damages must be reduced to the nominal amount of six cents. The judgment should, therefore, be modified by reducing the amount of said judgment as entered to the sum of six cents plus $125.40 costs, making in all $125.46, and as so modified affirmed, with costs of this appeal to the appellants. Present — Clarke, P. J., Dowling, Finch and Martin, JJ. Judgment modified by reducing defendants' recovery to six cents and costs, and as so modified affirmed, with costs to the appellants.